IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KELVIN DWIGHT PRICE,       ) | |
|    Plaintiff,       ) | |
| ) | |
| v.       ) | No. 3:05-CV-2135-R |
| ) | ECF |
| NFN VICKERY, et al.,       ) | |
|    Defendants.       ) | |

## ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made a report and recommendation in this case (Doc. 25) on plaintiff's motion to reopen his case (Doc. 23). No objections were filed. The District Court reviewed the report and recommendation for plain error. Finding none, the District Court accepts the report and recommendation of the United States Magistrate Judge.

**SO ORDERED** this 10th day of August, 2007.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE